# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CARL J. BELLING, | ) |
|       Plaintiff, | ) NO.   C04-5835RBL |
| vs. | ) PROPOSED STIPULATED ORDER |
| | ) FOR ATTORNEY'S FEES, COSTS |
| JO ANNE B. BARNHART, | ) AND EXPENSES UNDER EQUAL |
| Commissioner of Social Security, | ) ACCESS TO JUSTICE ACT |
|       Defendant, | ) |

The parties, acting through their respective counsel, hereby stipulate to entry of judgment against Defendant in favor of Joseph B. Lavin, attorney for Plaintiff, in the amount of $4,573.75 as reasonably incurred attorney's fees; and expenses of $192.01, as service of process expenses, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. Defendant shall pay this judgment to Joseph B. Lavin.

DATED this 5th day of December, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

Dated:   December 2, 2005        s/Joseph B. Lavin
                                  JOSEPH B. LAVIN, W.S.B.A #11680
                                  **Attorney for Plaintiff**

Dated:   December 2, 2005        s/Joseph B. Lavin for
                                  JO VANDERLEE
                                  **Assistant Regional Counsel**

PROPOSED STIPULATED ORDER FOR ATTORNEY'S FEES, COSTS
AND EXPENSES UNDER EQUAL ACCESS TO JUSTICE ACT

Joseph B. Lavin
Attorney at Law
101 E. 5th St.
Port Angeles, WA 98362
(360) 457-5763
FAX: (360) 457-5919

**(Per Oral Authorization)**

**PROPOSED STIPULATED ORDER FOR ATTORNEY'S FEES, COSTS**
**AND EXPENSES UNDER EQUAL ACCESS TO JUSTICE ACT**

**Joseph B. Lavin**
**Attorney at Law**
**101 E. 5th St.**
**Port Angeles, WA 98362**
**(360) 457-5763**
**FAX: (360) 457-5919**